D. Justin Harelik 236710
**WESTGATE LAW**
16444 Paramount Blvd, Suite 205
Paramount, CA 90723
(818) 200-1495 Telephone
(818) 574-6022 Facsimile
justin@westgatelaw.com

Attorney for Debtor
Jeffrey Paul Scott

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No: 2:24-bk-16873-DS |
| | Chapter 7 |
| **JEFFERY PAUL SCOTT**, | **MOTION FOR REDEMPTION OF 2013 VOLKSWAGEN JETTA UNDER 11 U.S.C. 722 AND DECLARATION OF JEFFERY PAUL SCOTT** |
| Debtor. | |
| | DATE: October 8, 2024 |
| | TIME: 1:00 PM |
| | CRTRM: 1639 |
| | PLACE: 255 East Temple Street, Los Angeles, CA 90012 |

**TO THE HONORABLE DEBORAH SALTZMAN, PETER MASTEN, CHAPTER 7 TRUSTEE, ONEMAIN FINANCIAL, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** JEFFERY PAUL SCOTT ("Debtor") in the herein action, by and through her Attorney of Record, will move this Court pursuant to 11 U.S.C. and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1) The item to be redeemed is tangible personal property intended primarily for personal, family, or household use is more particularly described as follows:

//

//

Year: <u>2013</u>     Make: <u>Volkswagen</u>     Model: <u>Jetta 4D Sedan</u>

VIN: <u>3VW4A7AJXDM402381</u>

2) The interest of the Debtor in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of Creditor) is a dischargeable consumer debt.

3) The market value for a similar vehicle to the subject vehicle, with similar mileage and options is $3,500.00. A true and correct copy of the Carmax Appraisal Offer is attached hereto as Exhibit "1" and incorporated herein as such.

4) Arrangements have been made by the Debtor to pay the said Creditor up to the above amount in a lump sum should this motion be granted.

**WHEREFORE,** the Debtor requests the Court to order the said Creditor to accept from the Debtor the lump sum payment of the redemption value and release their lien of record. In the event the said Creditor objects to this motion, the Debtor requests the Court to determine the value of the property at the time of the hearing on such objection.

Dated: 9/4/2024                                             WESTGATE LAW

<u>  /s/D. Justin Harelik   </u>
D. Justin Harelik
Attorney for Debtor

## DECLARATION OF JEFFREY PAUL SCOTT

I, Jeffrey Paul Scott, hereby declare and state as follows:

1. I have personal knowledge of the following facts and testify hereto that if called upon as witness, I could and would competently testify thereto in a court of law.

2. I am the debtor in the above-captioned Chapter 7 bankruptcy, Case No.: 2:24-bk-16873-DS.

3. The subject vehicle is a 2013 Volkswagen Jetta 4D Sedan GLI. The vehicle includes the following equipment: Power windows & locks, AM/FM Stereo, Air condition, Cruise Control, ABS brakes, Cloth Seats, Power seats, Alloy wheels, sports package, automatic transmission and Bluetooth technology. At the time of filing the herein Chapter 7 Bankruptcy, the vehicle had 96,162 miles. The car is in fair condition.

4. The subject vehicle is tangible personal property intended primarily for personal, family or household use.

5. The subject vehicle was listed in my bankruptcy petition. My interest in the subject vehicle is fully exempt or has been abandoned by the estate.

6. A similar vehicle to the 2013 Volkswagen Jetta 4D Sedan GLI with similar mileage and options, suggests a price of $3,500.00. A true and correct copy of Carmax Appraisal Offer is attached hereto as Exhibit "1" and incorporated herein as such.

7. If I was to replace this vehicle, I would pay no more than $3,500.00. This opinion is based on my personal knowledge of the condition and marketability of my vehicle.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/05/24

Jeffrey Paul Scott

# EXHIBIT "1"

# APPRAISAL OFFER — CarMax

**Name:** JEFFREY
**Address:** 1555 VINE ST
LOS ANGELES CA 90028
**Vehicle:** 2013 VOLKSWAGEN JETTA 4D SEDAN GLI
**Mileage:** 96,062    **Engine:** 2.0L
**VIN:** 3VW4A7AJXDM402381
**Color:** BLACK

**Contact:**
ONLINE APPRAISAL

7126 - BURBANK, CA

**Date:**
08/19/2024

799877

## Features considered

- POWER LOCKS
- AM/FM STEREO
- AUXILIARY AUDIO INPUT
- REAR DEFROSTER
- ABS BRAKES
- POWER SEAT(S)
- TURBO CHARGED ENGINE
- SPORT PACKAGE
- SATELLITE RADIO READY
- AUTOMATIC TRANSMISSION
- OVERHEAD AIRBAGS, BLUETOOTH TECHNOLOGY
- POWER WINDOWS
- CD AUDIO
- AIR CONDITIONING
- CRUISE CONTROL
- CLOTH SEATS
- POWER MIRRORS
- ALLOY WHEELS
- TRACTION CONTROL
- SIDE AIRBAGS

## Conditions assessed

| | | | |
|---|---|---|---|
| Transmission: | Shift Problems | Engine: | Noise Detected |
| Fluids: | Leaks Found | Front Tires: | Need to Replace |
| Rear Bumper: | Need to Replace | Front Seats: | OK |
| Rear Seats: | OK | Carpet: | OK |
| Rear Tires: | OK | Wheels: | OK |

**Appraisal offer $3,500**
This offer is valid until the close of business on 8/26/24.

**This offer is good for 7 days** and will be honored at all CarMax stores.
After 7 days, your vehicle will need to be reappraised and the **offer may change.**

### Comments
OFFER ADJUSTED TO REFLECT CORRECT MILESA AND MECHANICAL CONDITIONS NOTED DURING VERIFICATION. 96K MILES VS 75K MILES
THANKS FOR HAVING YOUR VEHICLE APPRAISED

HAROLD P.
- CarMax Certified Appraiser

We've appraised more than 30 million vehicles. If you have questions about how we determined your offer - just ask!

## SELL US YOUR CAR today

**save time and money** AND WALK AWAY WITH PAYMENT IN HAND

When you sell to CarMax, you can avoid the hassles of selling your car yourself:
- Costly advertising
- The uncertainties of an unknown buyer
- Inspections, negotiations, and payment

**bring these items** TO SELL US YOUR VEHICLE
- Title (if it is not with a lienholder)
- Valid registration
- Valid state-issued photo ID for all titleholders
- All keys and remotes (if applicable)

We'll buy your car even if you don't buy ours!

See other side for important details.

| In re:<br>**Jeffrey Paul Scott**<br><div align="right">Debtor(s).</div> | **CHAPTER: 7**<br>**CASE NUMBER: 2:24-bk-16873** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**16444 Paramount Boulevard**
**Suite 205**
**Paramount, CA 90723**

A true and correct copy of the foregoing document entitled (*specify*):  **Motion for redemption**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **9-11-24**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**D Justin Harelik      info@westgatelaw.com, r61832@notify.bestcase.com;naaz@westgatelaw.com**
**Peter J Mastan (TR)      pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com**
**United States Trustee (LA)      ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On  **9-11-24**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1339
Los Angeles, CA 90012

**One Main Financial**
**Attn: Bankruptcy**
**Po Box 3251**
**Evansville IN 47731-0000**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 11, 2024 | Naaz Hafezzada | /s/ Naaz Hafezzada |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                                                                **9013-3.1.PROOF.SERVICE**