D. Justin Harelik 236710
**WESTGATE LAW**
16444 Paramount Blvd., Ste 205
Paramount, CA 90723
(818) 200-1495 Telephone
(818) 574-6022 Facsimile
justin@westgatelaw.com

Attorney for Debtor

**FILED & ENTERED**

OCT 10 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| **Error! Bookmark not defined.**In re<br><br>JEFFREY PAUL SCOTT,<br><br>　　　　　　　Debtor. | Case No. 2:24-bk-16873-DS<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR REDEMPTION**<br><br>Hearing:<br>Date:　October 8, 2024<br>Time:　1:00 p.m.<br>Place:　Courtroom 1639 (Via ZoomGov)<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA 90012 |

A hearing was held at the above time and place on the "Motion for Redemption of 2013 Volkswagen Jetta Under 11 U.S.C. 722" (the "Motion," Docket No. 8).  Appearances were noted on the record.  Based on the Motion and the record in this case, and for the reasons stated on the record,

　　　IT IS HEREBY ORDERED that the Motion is granted.

Date: October 10, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Deborah J. Saltzman
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge